Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa
_____ Division

RECEIVED OCT 31 2024 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

Alisa Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Rhythm City Casino

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Anthony Mena
Sou Chef

Defendant No. 3
- Name: Shawn Gahaygan
- Job or Title (if known): Sou Chef
- Address: 7077 Elmore
- City: Davenport   State: IA   Zip Code: 52722
- County: Scott
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Defendant No. 4
- Name: Kelly Gayhagan
- Job or Title (if known): Sou Chef
- Address: 7077 Elmore
- City: Davenport   State: IA   Zip Code: 52806
- County: Scott
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My right as an american citzen, and my right for work force.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rythm City Casino, + Associates
Address: 
Davenport, IA 52806
City / State / Zip Code
County: Scott
Telephone Number: 563 —
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Garvy Hines
Job or Title (if known): Executive Chef
Address: 7077 Elmore Ave.
Dav IA, IA 52806
City / State / Zip Code
County: Scott
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: Corrina Fleetwood
Job or Title (if known): Chef D Cusine
Address: 7077 Elmore
Davenport, IA 52806
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known): Rhythm City Casino

[X] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I was to old to work Claims fleetwood, the whole team throwing thing at me leading up to phiscal fight Anthony Mena, put hand on me.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Rhythm City Casino - Where it all took Place

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 7th 2021 to Nov 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was attacted by the whole kitchen and H.R. new and did nothing, I needed my job, it was covid, I couldn't find another job, so they thought if they starting Discriminating I would leave.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I didn't have any money to seek a docter, or anything, I just prayed and went to work praying that I would make it out okay.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Help me persecuted I was wrongly terminate He said. She said, the lies they fired me over, I really don't remember, I know I contacted EEOC.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-31-24

Signature of Plaintiff: *Alisa Williams*
Printed Name of Plaintiff: Alisa Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            City           State        Zip Code
Telephone Number: _____
E-mail Address: _____

Alisha Williams
3708 Welshire Dr
Bettendorf, IA 52722

EEOC# 443202200239

Mr. Jacob Sobiesczyk
U.S. Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Ave
Suite 500
Milwaukee, WI 53203

I, Alisha Williams started working for Rhythm City Casino, located at 7077 Elmore Ave, Davenport, IA on May 07, 2021 as Cook for Draft Day Sports Bar Lounge. I was harassed by Anthony Mena since the 1st week I started. Then attacks started coming from the team members, John Olson (cook), Raymond Camacho (cook), (Camacho started in September 2021). These harassments were verbatim, back to back, every day. Gary Aims and Carina Fleetwood are aware of these incidents because I reported the incidents, to each of them. It has come to my attention that Carina Fleetwood and Gary Aims are the instigators of these attacks. They instruct the Sous Chefs to harass the employees they deem undesirable to encourage them to quit. I AM NOT QUITTING. They will not make me quit. There were other Sous Chefs that harassed me by the names of Shawn and Kelly Gahaygan. Kelly Gahaygan threw porcelain plates at me. A separate incident, Shawn, lied and said I was trying to get sent home, when all I wanted was to go on break because we were having technical issues in the kitchen, the hoods went offline, and it was smokey in the kitchen, this caused an anger issue with Gary Aims the Head Chef, who then came on the main floor and started yelling at me, in front of everyone and told me if I didn't like it, I could leave. Then in 2022 I started being harassed by Diego Valdez in addition to the Gahaygans, Camacho, Olson. These harassments are still ongoing to this day. I have dates, times and witnesses for every last one of them. I was also up for promotions before I filed and still to this day after filing, I have not received any of the promotions spoken about. I applied for a Cook III (I'm a Cook II) and did not receive that promotion either, even though I'm well qualified.

I went to the Human Resources to report some of these incidents and Human Resources has not done anything but take the report and send it to Gary Aims which fuels his disrespect towards me and other employees. These individuals are still harassing me and will not stop unless someone helps me stop them from doing this to anyone else.

My witnesses are Olivia Bell (Bettendorf, IA), Michael Trenton, Angelina (not aware of last name), Linda (not aware of last name), Marissa (not aware of last name).

I'm a good Conservative person with wholesome values and a good work ethic. I don't miss work, I don't come in late, I come in on my days off, WILLINGLY (I love overtime). I just want to be left alone to do my job and grow with the company. I can not sit by and be harassed and watch while others are harassed and mistreated and overlooked for promotion just because we are not in the "click" that is management's chosen few.

Alisha Williams

*Alisa Williams*

1-26-23