# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

ALISA WILLIAMS,

        Plaintiff(s),   **CIVIL NUMBER: 3:24-cv-00081-SHL-HCA**

v.

ANTHONY MENA; SHAWN GAHAGAN;   **JUDGMENT IN A CIVIL CASE**
KELLY GAHAGAN; GARRY HINES;
CARINA FLEETWOOD; SARA PASHA;
GARY AMES; RAYMOND CAMACHO
and RHYTHM CITY CASINO, LLC,

        Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Plaintiff's Complaint is DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendants and against Plaintiff.

                                                CLERK, U.S. DISTRICT COURT

Dated this 21st day of July, 2025.

                                                /s/ M. Mast

                                                By: Deputy Clerk